```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 16104
    JOYCE A EVERETT
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-0897


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 06/23/2008 and was not confirmed.

    The case was dismissed without confirmation 10/08/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID            PAID
-------------------------------------------------------------------------------

ROUNDUP FUNDING LLC          UNSECURED         9710.13           .00             .00
AIS SERVICES LLC             UNSECURED          420.00           .00             .00
AIS SERVICES LLC             UNSECURED        NOT FILED          .00             .00
SBC                          UNSECURED        NOT FILED          .00             .00
SBC                          UNSECURED        NOT FILED          .00             .00
AMERICAN EXPRESS             NOTICE ONLY      NOT FILED          .00             .00
PREMIER BANKCARD             UNSECURED          322.44           .00             .00
PRIMARY HEALTHCARE ASSOC     UNSECURED        NOT FILED          .00             .00
PRIMARY HEALTHCARE ASSOC     UNSECURED        NOT FILED          .00             .00
COUNTRYWIDE HOME LOANS       CURRENT MORTG        .00            .00             .00
SANTANDER CONSUMER USA       SECURED VEHIC    8888.83            .00          176.01
SANTANDER CONSUMER USA       UNSECURED        NOT FILED          .00             .00
SANTANDER CONSUMER USA       SECURED NOT I    NOT FILED          .00             .00
CAPITAL ONE                  UNSECURED         1805.13           .00             .00
CAPITAL ONE                  UNSECURED        NOT FILED          .00             .00
ASSET ACCEPTANCE LLC         UNSECURED          492.56           .00             .00
ASSET ACCEPTANCE LLC         UNSECURED          217.36           .00             .00
SBC                          UNSECURED        NOT FILED          .00             .00
SBC                          UNSECURED        NOT FILED          .00             .00
CCS FIRST SAVINGS BANK       NOTICE ONLY      NOT FILED          .00             .00
COUNTRYWIDE HOME LOANS       MORTGAGE NOTI    NOT FILED          .00             .00
LVNV FUNDING                 UNSECURED          297.13           .00             .00
FIRST NATIONAL BANK OF M     UNSECURED        NOT FILED          .00             .00
PREMIER BANKCARD             UNSECURED          220.14           .00             .00
FIRST PREMIER BANK           NOTICE ONLY      NOT FILED          .00             .00
PREMIER BANKCARD             UNSECURED        NOT FILED          .00             .00
PREMIER BANKCARD             UNSECURED        NOT FILED          .00             .00
ECAST SETTLEMENT CORP        UNSECURED          667.02           .00             .00
HSBC BANK NEVADA NA          UNSECURED         1863.15           .00             .00
HSBC                         NOTICE ONLY      NOT FILED          .00             .00
RADIOLOGY CENTER             UNSECURED        NOT FILED          .00             .00
RADIOLOGY CENTER             UNSECURED        NOT FILED          .00             .00
RADIOLOGY CENTER             UNSECURED        NOT FILED          .00             .00
RADIOLOGY CENTER             UNSECURED        NOT FILED          .00             .00
NICOR GAS                    NOTICE ONLY      NOT FILED          .00             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 16104 JOYCE A EVERETT
```

```
PELLETTIERI & ASSOC       UNSECURED      NOT FILED           .00           .00
PELLETTIERI & ASSOC       UNSECURED      NOT FILED           .00           .00
TRIAD FINANCIAL CORP      UNSECURED        4908.17           .00           .00
TRIAD FINANCIAL           UNSECURED      NOT FILED           .00           .00
PRIMUS FIN                NOTICE ONLY    NOT FILED           .00           .00
RMI/MCSI                  UNSECURED         566.73           .00           .00
RMI/MCSI                  UNSECURED      NOT FILED           .00           .00
RMI/MCSI                  UNSECURED      NOT FILED           .00           .00
RMI/MCSI                  UNSECURED      NOT FILED           .00           .00
ACL LABORATORIES          UNSECURED      NOT FILED           .00           .00
ACL LABORATORIES          UNSECURED      NOT FILED           .00           .00
ACL LABORATORIES          UNSECURED      NOT FILED           .00           .00
ACL LABORATORIES          UNSECURED      NOT FILED           .00           .00
TRIAD FINANCIAL CORP      NOTICE ONLY    NOT FILED           .00           .00
AT&T                      UNSECURED      NOT FILED           .00           .00
AT&T                      UNSECURED      NOT FILED           .00           .00
RJM ACQUISITIONS          UNSECURED          95.30           .00           .00
COUNTRYWIDE HOME LOANS    MORTGAGE NOTI  NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    24351.42          .00           .00
INTERNAL REVENUE SERVICE  PRIORITY         3469.97           .00           .00
INTERNAL REVENUE SERVICE  UNSECURED         300.66           .00           .00
COMMONWEALTH EDISON       UNSECURED         309.29           .00           .00
ASSET ACCEPTANCE LLC      UNSECURED         356.32           .00           .00
ERNESTO D BORGES JR       DEBTOR ATTY         .00                          .00
TOM VAUGHN                TRUSTEE                                        15.31
DEBTOR REFUND             REFUND                                        533.94

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 725.26

PRIORITY                                          .00
SECURED                                        176.01
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                            15.31
DEBTOR REFUND                                  533.94
                     ---------------    ---------------
TOTALS                  725.26                 725.26
```

            PAGE  2 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 16104 JOYCE A EVERETT

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/27/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```